No. 424, Misc. FROEMBLING v. OREGON. Supreme Court of Oregon. Certiorari denied.

No. 431, Misc. STEWART v. MARYLAND. Court of Appeals of Maryland. Certiorari denied.

No. 433, Misc. BANKS v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox* for the United States.

No. 434, Misc. GARY v. NEW YORK; and
No. 435, Misc. BAGLEY ET AL. v. NEW YORK. Court of Appeals of New York. Certiorari denied. *Louis P. Jacobs* for petitioner in No. 434, Misc. *Leon B. Polsky* for petitioners in No. 435, Misc. Reported below: 14 N. Y. 2d 730; 199 N. E. 2d 171.

No. 438, Misc. SANDOVAL v. CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 442, Misc. ASHBY v. GRIM, SHERIFF, ET AL. C. A. 7th Cir. Certiorari denied.

No. 446, Misc. HUTH v. MAXWELL, WARDEN. Supreme Court of Ohio. Certiorari denied.

No. 448, Misc. DEBERRY v. NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 450, Misc. RAMSEY v. UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.